No. 14-14-00410-CV

IN THE
14th COURT OF APPEALS OF TEXAS

DOV K. AVNI,

Petitioner,

V.

DOSOHS I, LTD

Respondent.

FILED IN
14th COURT OF APPEALS
HOUSTON TEXAS

MAR 09 2015

CHRISTOPHER A. PRINE
CLERK

APPELLANT'S 1ST SUPPLEMENTAL
RESPONSE AND OBJECTIONS TO
2-12-15 DEADLINE TO FILE BRIEF

MAILED
3/5/15

TO THE HONORABLE JUSTICES OF THIS 14TH TEXAS COURT OF APPEALS :

Appellant files his supplemental response and objections ["Supplemental Objections "] to the per Curiam Order of Appellate panel consisting of the Hon. Christopher, Boyce and Wise that was issued on January 29,2015 and directed him to file his brief by February 12,2015 or his appeal from permanent injunction issued by the current presiding judge of the 11th Judicial District Court of Harris county Michael David Miller ["Miller"] in Case #1997-40590,over three (3) years after Miller dismissed that case for want of prosecution by realigned plaintiff Dosohs I, Ltd.,[Original Appellant's Clerk Record at page 250, Original Appellant Appendix of 12-12-15,mailed here and filed 12-18-15 at Ex."104",true copy attached here as Ex."A"]-otherwise this appeal will be dismissed for "want of prosecution"[.In support thereof Appellant shows:

JUST PRIOR TO 2-12-15 DEADLINE APPELLANT DISCOVERED NEW FRAUD IN #1997-40590

1. Attached are original copies of eight (8) documents[marked"a-h"] filed in March 2000 in No. 1997-40590 by Ms.Celinda Baez Guerra ["Guerra"] -former trial attorney of Dosohs I,Ltd in lawfirm of Munn &Flume,"association of lawfirms"

-1-

2.These 8 documets are listed below and incorporated here as if copied

(a) "DOSOHS I, LTD's AMENDED COUNTERCLAIM AND PETITION FOR DECLARATORY RELIEF".filed March 6,2000 -*Clerk Image #42770193*

(b) Exhibit [<u>unmarked</u>,not date stamped] describing real property located at Bellfort Place Subdivision, Harris County-**filed March 6,2000** –*Image #42770195*

[c) Transmittal letter signed by same Guerra transmitting on march 23,2000 amended pleadings and motion for protection for further discovery of Dosohs executive Matt N. Molak -filed March 24, 2000 -*Clerk Image #42777137*

(d) "DEFENDANT'S SECOND AMENDED ORIGINAL ANSWER" F".filed March.24,2000—*Clerk.Image.#42777143*

(e) "DOSOHS I, LTD's SECOND AMENDED COUNTERCLAIM AND PETITION FOR DECLARATORY RELIEF"-filed March.24,2000-*Clerk Image.#42777145*

(f) Exhibit [<u>unmarked</u>,not date stamped] describing real property located at Bellfort Place Subdivision, Harris County-**filed March 24,2000** –*Image #42777146*

(g) "DOSOHS I, LTD's MOTION FOR PROTECTIVE ORDER ON THE NOTICE OF DEPOSITION OF MATT MOLAK".filed March 24,2000 -*Clerk Image #42770193*

(h) 'ORDER"(UNSIGNED).filed March 24,2000 *Clerk Image #42777138*

**9. Appellant needs 6 more weeks to scrutinize the actual archived record and order a new supplemental record .**

## CONCLUSION AND APPELLANT'S PRAYER FOR RELIEF

WHEREFORE-IN INTERESTS OF JUSTICE, FAIRNESS, AND ACHIEVING MAJOR JUDICIAL DISPOSITIONS OF THIS APPEAL I ASK FOR FINAL EXTENSION, UP TO AND INCLUDING MONDAY,APRIL 17,2015 BY 2PM-WHEN I WILL FILE RESPECTBALE BRIEF-CITING TO ALL CLERK RECORDS AND THE 6 APPENDICES

served on Appellee by mail Thusrday 3-5--15 (am) then filed in court_____ Dov K. Avni

Dov K.Avni –Appellant/Movant 150-B Forest Dr,Jericho,NY 11753;516-318-3791;dovduba@aol.com

**2. THE AMENDED COUNTERCLAIM SUPERSEDED AND DELETED PLEA FOR SANCTIONS PURSUAT TO TRCP 65 AD ESTABLISHED CASE LAW THE SECOND AMENDED COUNTERLCAIM OF 3-24-2000 DELETED ALL PLEADINGS FOR R.215 SANCTIONS. NO OTHER PLEA FOR INJUNCTIVE RELIEF BY DOSOHS I,LTD WAS PENDING AT ANY TIME AFTER 3-24-2000 UNTIL SEHERE &CROW FRAUDULENTLY ASSERTED IT STARTING SPETMBER 25,2013 (!!)**

**B,APPELLANT CAUSED MASSIVE,ADEQUATE CLERK RECORD TO BE FILED DESPITE "SATURATION ATTTACKS"- BY APPELLEE ANDITS AIDERS**

1. Appellant designated his original Clerk Record (of 760 pages) on appealed and it was completed and filed here on September 4,2014-dealing mainly with post-dismissal proceeding in Case #1997-40590 that were initiated on September 26,2013 by Appellant who moved to find appellant in contempt for allegedly violating an anti-suit injunction that was purportedly signed by the hon.Mark Davidson,former presiding judge of the 11th District Court of Harris County,and since 2008 an aiding pre-trial judge in cases of asbestosis (over 7,600 cases todate) to judge Michael David Miller whom Appellant's new attorneys Rick R.Crow,Jr. ["Crow"] and Eric David Sherer brazenly defrauded into the errponeous belief that Davidson actually caused that order to be signwed on that date and then entered into official minutes of Case #1997-40590 on or soon after May 25,2000.

2. Appellant diligently scrutinized the enormous record of that case and caused three different official dockets of Case #1997-40590 -ALL WRITTEN BY JUDGE DAVIDSON STARTING ON THE CASE FILING DATE OF AUGUST 4,1997-NONE OF WHICH INCLUDES ROOF HE SIGNED THE ORDER OR INITIALED THE DOCKET .

3. Appellant also caused to be filed here todate also four different certified

-3-

printouts of "Activity" screen ]JIMS"ACT-50"] and "Microfilmed Orders"screen ]JIMS "MFL2010"] which evidence entry of such temporary injunction in the minutes.

4. Appellee's attormeys also defrauded judge Miller-who did not bother to review Case #97-40590 massive records (over 1,100 documents detailed in 58 pages on file into the erroneous belief that Davidson has fully disposed of that case before Miller took over

5. 2-25-15 Appellant causes original appendix and 3 supplements exceeding 136 case records and original and two supplemental clerk records (over 1360 pages to be filed)

6. Appellant is facing repeated waves of saturation attacks by Appellee's attorneys- who succeded in defrauding hostile judge Randy Wilson (Justice Christopher's superior at Susman &Godfrey,a TX lawfirm- which represented Appellee's co-conspirator Linebarger,Goggan, Blair & Sampson LLP –which remained an active voluntary party in another baseless suit filed by same Dosohs I,Ltd. as a late bill of review in Wilson's court under Case #12-07323/157, after it failed to obtain summary judgment in Case 2011-53721/125th (appeal #14-14-00450-cv dismissed by this for lack of appellate jurisdiction after joint clerk of 11th JDC and 125th jdc Melissa Torres tampered in the case records and misfiled and mislabeled key documents in this case so to benefit Appellee's attoreys.

7. Appellant will respectfully supplement thius response by Friday,after he timely moved judge Wilson to reinstate Case #2012-07323 and will prove every statement made here,adding thereto details of other synchroneosu attacks by HCAD and other "aiders".

**8. THE CURRENT IMAGED RECORDS,DONE IN JUNE 2009 HAS MAJOR DEFICIENCIES,AND DOES NOT INCLUDE KEY RECORDS,-EG EXHINITS TO TWO MOTIONS OF DOV TO RECUSE MARK DAVIDSON, COPIES OF FLAPS OF FILE JACKETS PROVING FILING+ LACK OF FINAI JUDGMENT(!)**

-4-

No. 97-40590

| | | |
|---|---|---|
| CHOICE CAR WASH, INC., | § | IN THE DISTRICT COURT |
| AND BUSINESS OWNERSHIP AND | § | |
| LIABILITIES TAKEOVER | § | |
| CORPORATION | § | |
| | § | |
| VS. | § | 11TH JUDICIAL DISTRICT |
| | § | |
| DOSOHS I, LTD. | § | HARRIS COUNTY, TEXAS |

## DOSOHS I, LTD.'S AMENDED COUNTERCLAIM AND PETITION FOR DECLARATORY RELIEF

TO THE HONORABLE JUDGE OF SAID COURT:

Dosohs I, Ltd., ("Dosohs") Defendant, complains of the Plaintiffs, Choice Car Wash, Inc. ("Choice"), Business Ownership and Liabilities Takeover Corporation ("BOLT") and Dov Avni Kaminetzky ("Kaminetzky") and would show the court the following:

### I.

### PARTIES

1.1     The Plaintiffs, Choice, BOLT, Kaminetzky and Samantha instituted this action against Dosohs, the owner of the property pursuant to a foreclosure sale and allegedly owned by the Plaintiffs, immediately prior to the foreclosure sale.

### II.

### REQUEST FOR DECLARATORY RELIEF

2.1     Dosohs requests that the court declare the rights of ownership and title of Dosohs in the property more specifically described in the attached exhibit "A" and pursuant to the Substitute Trustees Deed conveying title of this property to Dosohs on or about September 2, 1997, and pursuant to the Deed of Trust dated July 26, 1984 and recorded in the Deed Records of Harris County, Texas.

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

III.

## REQUEST FOR RULE 13 SANCTIONS

3.1    Dosohs would further show the court that the causes of action asserted by the Plaintiffs are frivolous and groundless and brought in bad faith, for the reason that there is no basis in law and fact for the pleadings.  Dosohs therefore requests, sanctions pursuant to Rule 13 and Rule 215 of the Texas Rules of Civil Procedure.

IV.

## COUNTER CLAIM

4.1    At all times mentioned herein, the Defendant was and is the owner in fee simple of the real property made the subject of this proceeding and all the improvements on that property, located in Houston, Harris County, Texas.  Defendant requests that the court enter judgment in favor of the Defendant, for title and possession of the real property made the subject of this suit and for the rental value of the property made the subject of this proceeding, which the Plaintiffs have occupied since September 1997.

4.2    The Defendant requests damages in the sum in excess of the minimum jurisdictional limits of this court for loss of rental on the real property made the subject of this proceeding and other damages incurred as a result of Plaintiffs possession.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Dosohs prays that the Plaintiffs be cited to appear and answer herein, and upon final trial hereof, Dosohs have judgment as follows:

1.    Judgement for title and possession of the real property which is the subject matter of this suit.

2.    Damages plus prejudgment interest as provided by law.

2

Certified Document Number: 42770193 - Page 2 of 3

3. Cost of Suit.

4. Reasonable attorney fees for trial and appeal as pleaded.

5. Post judgment interest as provided by law from the date of judgment until paid.

6. Such other and further relief to which Defendant may be rightfully entitled.

Respectfully submitted

MUNN & FLUME
One Oak Park, Suite 200
1020 N.E. Loop 410
San Antonio, Texas 78209-1218
(210) 828-5641
(210) 821-6069 Facsimile

MICHAEL FLUME
State Bar No. 07188480

CELINDA BAEZ GUERRA
State Bar No. 01505000

ATTORNEYS FOR DOSOHS I, LTD.

## CERTIFICATE OF SERVICE

I do hereby certify that on this 2nd day of February, 2000 a true and correct copy of the foregoing document has been mailed via certified mail to the following:

**VIA CERTIFIED MAIL NO. Z 556187653**
Michael C. Whalen
2901 Wilcrest, Suite 105
Houston, Texas 77042

**VIA CERTIFIED MAIL NO. Z 556187654**
Dov Avni Kaminetzky
1609 S. Kirkwood, Suite A
Houston, Texas 77077-3158

CELINDA BAEZ GUERRA

3

Certified Document Number: 42770193 - Page 3 of 3



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   March 5, 2015

Certified Document Number:        42770193 Total Pages:  3

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

.,AL DESCRIP...

A 0.99862 acres of land out of the 4.9153 acres of land known as the Unrestricted Reserve "A", Block 1 of the Bellfort Place Subdivision, out of the Henry H. Cone Survey, A-191; said Reserve "A" being located at the Southeast corner of West Bellfort Blvd. (80' ROW) and Riceville School Road (60' ROW), as recorded in Volume 207, Page 121 of THE MAP RECORDS of Harris County, Texas; being more particularly described by metes and bounds as follows:

BEGINNING at the Northeast corner of said Reserve "A"; said point being on the Southerly right-of-way line of said West Bellfort Blvd.;

THENCE S 02° 35' 23" E; along the Eastern boundary line of said Reserve "A", a distance of 300.00 feet for a corner; being the Southeast corner of the herein described tract; also being Southeast corner of the said Reserve "A";

THENCE S 87° 30' 24" W; along the Southern boundary line of said Reserve "A", a distance of 145.00 feet for a corner; being the Southwest corner of the herein described tract;

THENCE N 02° 35' 23" W; a distance of 300.00 feet for a corner; said point being on the Southerly right-of-way line of said West Bellfort Blvd.;

THENCE N 87° 30' 24" E; along the said Southerly right-of-way line of said West Bellfort Blvd...a distance of 145.00 feet to the POINT OF BEGINNING; containing 0.99862 acres of land.

# EXHIBIT. "A"

Certified Document Number: 42770195 - Page 1 of 1



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   March 5, 2015

Certified Document Number:        42770195 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

# MUNN & FLUME

### AN ASSOCIATION OF PROFESSIONAL CORPORATIONS*
### ATTORNEYS AT LAW
One Oak Park
1020 N.E. Loop 410, Suite 200
San Antonio, Texas 78209-1218
(210) 828-5641   Fax (210) 821-6069

O'Neal Munn, P.C.                                                                          Michael Flume, P.C.

O'Neal Munn                              March 23, 2000                              Michael Flume
Keith P. Miller                                                                        Celinda Baez Guerra
Todd E. Hotz                         **F I L E D**
                                 CHARLES BACARISSE
Eric D. Sherer, P.C.                 Distric\ C'..rk                        Stanley C. Allen - Of Counsel
**VIA AIR BILL NO.800355028981**
Honorable Mark Davidson              **MAR 2 4 2000**
11th Judicial District               Harris County, Texas  *3·24·00*
301 Fannin Street, Room 212          By _____
Houston, Texas 77002                              Deputy

> Re:   Cause No. 97-40590
>       Choice Car Wash, Inc., et al v. Dosohs I, Ltd.

Dear Mr. Bacarisse:

Enclosed please the original and one copy of the following documents:

1.   Dosohs I, Ltd.'s Motion for Protective Order on the Notice of Deposition of Matt Molak;

2.   Defendant's Second Amended Original Answer; and

3.   Dosohs I, Ltd.'s Second Amended Counterclaim and Petition for Declaratory Relief.

Please file the originals with the court and return file stamped copies to our office in the enclosed self-addressed, stamped envelope.

Also, please note that the Motion for Protective Order on the Notice of Deposition of Matt Molak has been scheduled for Thursday, March 30, 2000 at 8:00 a.m. in the 11th Judicial District, Harris County, Texas.

Should you have any questions concerning the above, please contact me.

Very truly yours,

CELINDA BAEZ GUERRA

cc:   Michael C. Whalen (Via Facsimile No. [713] 782-0909 and/or Via Air Bill
      No. 800355028960)
      Dov Avni Kaminetzky (Via Facsimile No. [713] 270-5505 and/or Air Bill
      No. 800355028970)

*(not a partnership)*

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

Certified Document Number: 42777137 - Page 1 of 1



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   March 5, 2015

Certified Document Number:        42777137 Total Pages: 1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

No. 97-40590

| | | |
|---|---|---|
| CHOICE CAR WASH, INC., AND BUSINESS OWNERSHIP AND LIABILITIES TAKEOVER CORPORATION | § § § § § | IN THE DISTRICT COURT |
| VS. | § § § | 11TH JUDICIAL DISTRICT |
| DOSOHS I, LTD. | § | HARRIS COUNTY, TEXAS |

F I L E D
CHARLES BACARISSE
District Clerk

MAR 4 2000    3·24·00

Harris County, Texas

By _____
Deputy

## DEFENDANTS SECOND AMENDED ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES DOSOHS I, LTD. ("Dosohs"), Defendant in the above styled and numbered cause, and files this Defendant's Second Amended Original Answer to Plaintiff's Original Petition filed herein on December 14, 1998, and in support thereof would respectfully show the court as follows:

I.

## GENERAL DENIAL

1.1     Dosohs denies generally each and every, all and singular, the allegations contained in Plaintiffs' Original Petition filed herein and states that this Defendant will require strict proof thereof.

## AFFIRMATIVE DEFENSES

II.

## RES JUDICATA

## COLLATERAL ESTOPPEL

2.1     Plaintiffs' claims are barred by res judicata and/or collateral estoppel. More specifically, Dosohs alleges that on September 26, 1996, Dosohs instituted a lawsuit

1

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

Certified Document Number: 42777143 - Page 1 of 7

against Samantha Corporation, Inc. in Adversary Proceeding No. 96-4671, styled Dosohs I, Ltd. vs. Samantha Corporation, Inc., in the United States Bankruptcy Court for the Southern District of Texas, Houston Division. That cause was brought to determine the validity and extent of Dosohs' lien. On final hearing, the Bankruptcy Court determined the amount and validity of Dosohs' lien on the property made the issue of this lawsuit. Further, the court held that the statute of limitations had not expired and Dosohs was entitled to seek collection.

2.2 On June 16, 1997, trial of the Dosohs suit was held and Judge Leal ruled that the statute of limitations had not expired and that Samantha Corporation owed $1,216,351.26.

2.3 On July 17, 1997, Judge Manuel Leal, United States Bankruptcy Judge, entered a Final Judgment in the Dosohs suit and further found that the statute of limitations had not expired.

2.4 On July 16, 1997, in Bankruptcy Case No. 95-45547-H1-11, the bankruptcy court entered an order lifting the automatic stay to allow Dosohs to foreclose on its collateral.

2.5 Furthermore, on March 19, 1998, the bankruptcy court entered a Corrected Order Terminating Automatic Stay making the same findings as the prior order and including a more specific property description of the collateral to which Dosohs was allowed to foreclose on.

2.6 On June 16, 1998, Judge Manuel Leal United States Bankruptcy Judge entered a Corrected Final Judgment in the Dosohs suit making the same findings as the prior judgment and including a more specific property description of the collateral to which

2

Dosohs was allowed to foreclose on.

2.7 Dosohs asserts that the Orders and judgments are res judicata and/or collateral estoppel to the issues raised in the state court proceedings by the Plaintiffs.

2.8 Furthermore, on December 15, 1997, a hearing concerning the Motion of Dosohs from Relief From Automatic Stay was heard in Case No. 97-49007-H1-11, In Re: Dov Avni Kaminetzky, Debtor. On December 19, 1997, the court entered an Order Annulling and Terminating Automatic Stay in said cause number and pursuant to that order determined, Dosohs lien on the real property made the basis of this lawsuit, that Debtor had no equity in the property, the court further found that Dosohs had ownership and holder status of the $850,000 promissory note and found the value of the property.

2.9 Accordingly, the Plaintiffs claims asserted in the State Courts proceeding were previously litigated in the Bankruptcy court and are barred by the doctrines of res judicata and/or collateral estoppel.

III.

**PLAINTIFFS LACK STANDING**

3.1 In the alternative, Plaintiffs lack standing to assert their claims against Dosohs.

IV.

**DEFECT OF PLAINTIFFS**

4.1 In the alternative, that there is a defect of Plaintiffs.

V.

**NEGLIGENCE**

5.1 Pleading in the alternative, Dosohs would show the court that the Plaintiffs

3

Certified Document Number: 42777143 - Page 3 of 7

are themselves guilty of various acts and omissions each of which constituted negligence and contributory negligence, and each of which was a sole cause or alternatively, a proximate and producing cause of the occurrence in question and the alleged damages alleged by Plaintiffs in this lawsuit.

## VI.

## THIRD PARTY LIABILITY

6.1    Pleading further in the alternative, Dosohs would state that the incident in question was a result of or in the alternative, partially, caused by persons, factors, instrumentalities and circumstances over which it had no control or right of control.

## VII.

## THIRD PARTY NEGLIGENCE

7.1    Pleading in the alternative, Dosohs would show the court that damages, if any, suffered by Plaintiffs were caused by the negligence and acts of third parties.

## VIII.

## ESTOPPEL

8.1    For further answer, if any is necessary, Dosohs alleges that Plaintiffs are estopped from asserting the claims made the basis of Plaintiffs' petition.

## IX.

## MITIGATION OF DAMAGES

9.1    Pleading further in the alternative, Dosohs would show the court that Plaintiffs failed to mitigate their damages.

4

Certified Document Number: 42777143 - Page 4 of 7

## X.

## WAIVER

10.1 For further answer, if any is necessary, Dosohs alleges the affirmative defense of waiver by Plaintiffs.

## XI.

## DOSOHS NOT GUILTY

11.1 Dosohs is not guilty of the injury complained of in the petition filed by the Plaintiffs against Dosohs.

11.2 The Defendant requests that the Plaintiff take nothing against this Defendant and that the Defendant recover judgment for title and possession to the real property which is the subject matter of this action.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Dosohs prays that all relief prayed for by Plaintiffs be denied; that the Plaintiffs take nothing by their suit herein; and that Dosohs obtain judgment for title and possession to the real property which is the subject matter of this action; and that Dosohs recover costs of court from Plaintiffs; and that Dosohs receive such other and further relief, general or special to which it may show itself justly entitled to receive.

Certified Document Number: 42777143 - Page 5 of 7

5

Respectfully submitted,

MUNN & FLUME
One Oak Park, Suite 200
1020 N.E. Loop 410
San Antonio, Texas 78209-1218
(210) 828-5641
(210) 821-6069 Facsimile


MICHAEL FLUME
State Bar No. 07188480

CELINDA BAEZ GUERRA
State Bar No. 01505000


ATTORNEYS FOR DOSOHS I, LTD.


## CERTIFICATE OF SERVICE

I do hereby certify on this 23rd day of March, 2000 that a true and correct copy of the foregoing document has been delivered via facsimile and/or federal express to the following:

**VIA FACSIMILE NO. (713) 782-0909**
**AND/OR AIR BILL NO. 800355028960**
Michael C. Whalen
2901 Wilcrest, Suite 155
Houston, Texas 77042

**VIA FACSIMILE NO. (713) 270-5505**
**AND/OR AIR BILL NO. 800355028970**
Dov Avni Kaminetzky
1609 S. Kirkwood, Suite A
Houston, Texas 77077-3158


CELINDA BAEZ GUERRA

Certified Document Number: 42777143 - Page 6 of 7

## VERIFICATION

STATE OF TEXAS       §
                                 §

COUNTY OF BEXAR      §

        On this date, MATT N. MOLAK, personally appeared before me, the undersigned Notary Public, and after being duly sworn stated under oath that he is the President of Dosohs, Inc., General Partner of Dosohs I, Ltd., Defendant in the above styled and numbered cause; that he has read the foregoing Defendant's Second Amended Original Answer; and that every statement contained therein is within his personal knowledge and is true and correct.

DOSOHS I, LTD.

DOSOHS, INC., General Partner

By:

              MATT N. MOLAK, President

        SWORN AND SUBSCRIBED TO BEFORE ME by the said Matt N. Molak, President of Dosohs, Inc., General Partner of Dosohs I, Ltd., to certify which witness my hand and official seal of office on this _22nd_ day of March, 2000.

MARIE E. DeLEON
Notary Public, State of Texas
My Commission Expires
MAY 5, 2002

_Marie E. DeLeon_
Notary Public in and for
the State of Texas

Certified Document Number: 42777143 - Page 7 of 7



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   March 5, 2015

Certified Document Number:        42777143 Total Pages:  7

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**



CHOICE CAR WASH, INC., § IN THE DISTRICT COURT
AND BUSINESS OWNERSHIP AND § **D**
LIABILITIES TAKEOVER § *CHARLES BACARISSE*
CORPORATION § *District Clerk*

§ MAR 2 4 2000

VS. § 11TH JUDICIAL DISTRICT
§ Harris County, Texas

DOSOHS I, LTD. § By _____ Deputy HARRIS COUNTY, TEXAS

## DOSOHS I, LTD.'S SECOND AMENDED COUNTERCLAIM AND PETITION FOR DECLARATORY RELIEF

TO THE HONORABLE JUDGE OF SAID COURT:

Dosohs I, Ltd., ("Dosohs") Defendant, complains of the Plaintiffs, Choice Car Wash, Inc. ("Choice"), Business Ownership and Liabilities Takeover Corporation ("BOLT") and Dov Avni Kaminetzky ("Kaminetzky") and would show the court the following:

I.

## PARTIES

1.1    The Plaintiffs, Choice, BOLT, Kaminetzky and Samantha instituted this action against Dosohs, the owner of the property pursuant to a foreclosure sale and allegedly owned by the Plaintiffs, immediately prior to the foreclosure sale.

II.

## REQUEST FOR DECLARATORY RELIEF

2.1    Dosohs requests that the court declare the rights of ownership and title of Dosohs in the property more specifically described in the attached exhibit "A" and pursuant to the Substitute Trustees Deed conveying title of this property to Dosohs on or about September 2, 1997, and pursuant to the Deed of Trust dated July 26, 1984 and recorded in the Deed Records of Harris County, Texas.

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

Certified Document Number: 42777145 - Page 1 of 3

## III.

## <u>REQUEST FOR RULE 13 SANCTIONS</u>

3.1    Dosohs would further show the court that the causes of action asserted by the Plaintiffs are frivolous and groundless and brought in bad faith, for the reason that there is no basis in law and fact for the pleadings.  Dosohs therefore requests, sanctions pursuant to Rule 13 and Rule 215 of the Texas Rules of Civil Procedure.

## IV.

## <u>COUNTER CLAIM</u>

4.1    At all times mentioned herein, the Defendant was and is the owner in fee simple of the real property made the subject of this proceeding and all the improvements on that property, located in Houston, Harris County, Texas.  Defendant requests that the court enter judgment in favor of the Defendant, for title and possession of the real property made the subject of this suit.

## <u>PRAYER</u>

WHEREFORE, PREMISES CONSIDERED, Dosohs prays that the Plaintiffs be cited to appear and answer herein, and upon final trial hereof, Dosohs have judgment as follows:

1.    Judgement for title and possession of the real property which is the subject matter of this suit.

2.    Cost of Suit.

3.    Reasonable attorney fees for trial and appeal as pleaded.

4.    Post judgment interest as provided by law from the date of judgment until paid.

5.    Such other and further relief to which Defendant may be rightfully entitled.

2

Certified Document Number: 42777145 - Page 2 of 3

Respectfully submitted

MUNN & FLUME
One Oak Park, Suite 200
1020 N.E. Loop 410
San Antonio, Texas 78209-1218
(210) 828-5641
(210) 821-6069 Facsimile

MICHAEL FLUME
State Bar No. 07188480

CELINDA BAEZ GUERRA
State Bar No. 01505000

ATTORNEYS FOR DOSOHS I, LTD.

## CERTIFICATE OF SERVICE

I do hereby certify that on this ___ day of March, 2000 a true and correct copy of the foregoing document has been mailed via facsimile and/or federal express to the following:

**VIA FACSIMILE NO. (713) 782-0909**
**AND/OR AIR BILL NO. 800355028960**
Michael C. Whalen
2901 Wilcrest, Suite 155
Houston, Texas 77042

**VIA FACSIMILE NO. (713) 270-5505**
**AND/OR AIR BILL NO. 800355028970**
Dov Avni Kaminetzky
1609 S. Kirkwood, Suite A
Houston, Texas 77077-3158

CELINDA BAEZ GUERRA

3

Certified Document Number: 42777145 - Page 3 of 3



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   March 5, 2015

Certified Document Number:        42777145 Total Pages:  3

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com

A 0.99862 acres of land out of the 4.9153 acres of land known as the Unrestricted Reserve "A", Block 1 of the Bellfort Place Subdivision, out of the Henry H. Cone Survey, A-191: said Reserve "A being located at the Southeast corner of West Bellfort Blvd. (80' ROW) and Riceville School Road (60' ROW), as recorded in Volume 207, Page 121 of THE MAP RECORDS of Harris County, Texas; being more particularly described by metes and bounds as follows:

BEGINNING at the Northeast corner of said Reserve "A"; said point being on the Southerly right-of-way line of said West Bellfort Blvd.;

THENCE S 02° 35' 23" E; along the Eastern boundary line of said Reserve "A", a distance of 300.00 feet for a corner; being the Southeast corner of the herein described tract; also being Southeast corner of the said Reserve "A";

THENCE S 87° 30' 24" W; along the Southern boundary line of said Reserve "A", a distance of 145.00 feet for a corner; being the Southwest corner of the herein described tract;

THENCE N 02° 35' 23" W; a distance of 300.00 feet for a corner; said point being on the Southerly right-of-way line of said West Bellfort Blvd.;

THENCE N 87° 30' 24" E; along the said Southerly right-of-way line of said West Bellfort Blvd., a distance of 145.00 feet to the POINT OF BEGINNING; containing 0.99862 acres of land.

EXHIBIT "A"

Certified Document Number: 42777146 - Page 1 of 1



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   March 5, 2015

Certified Document Number:        42777146 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**



No. 97-40590

| | | |
|---|---|---|
| CHOICE CAR WASH, INC., | * | IN THE DISTRICT COURT |
| AND BUSINESS OWNERSHIP AND | * | |
| LIABILITIES TAKEOVER | | |
| CORPORATION | | |

F I L E L 32400<br>CHARLES BACARISSE<br>District Clerk

VS.         MAR 2 4 2000 11TH JUDICIAL DISTRICT

DOSOHS I, LTD.         Harris County, Te HARRIS COUNTY, TEXAS

By _____
Deputy

## DOSOHS I, LTD.'S MOTION FOR PROTECTIVE ORDER ON THE NOTICE OF DEPOSITION OF MATT MOLAK

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes DOSOHS I, LTD. ("DOSOHS") and files this Motion for Protective Order on the Notice of Deposition of Matt Molak, and for good cause would show the Court the following:

I.

## PARTIES

1.1    Plaintiffs are Choice Car Wash, Inc. ("Choice"), Business Ownership and Liabilities Takeover Corporation ("BOLT") and Dov Avni Kaminetzky ("Kaminetzky").

1.2    The Defendant is Dosohs I, Ltd., ("Dosohs").

II.

2.1    On March 22, 2000, Dosohs received a Notice of Intent to Take Oral Deposition of Dosohs I, Ltd., scheduled for Monday, March 27, 2000 at 1:30 p.m. in Houston, Texas.

2.2    Dosohs would show the Court that this notice was submitted by Dov Avni Kaminetzky a Plaintiff in this case. Kaminetzky has previously deposed Matt Molak, the Designated Representative of Dosohs I, Ltd., on three occasions as follows:



RECORDER'S MEMORANDUM<br>This instrument is of poor quality<br>at the time of imaging

Certified Document Number: 42777140 - Page 1 of 4

a. On July 28, 1998 the Oral Deposition of Matt Molak, the Designated Representative of Dosohs was taken was taken by Kaminetzky in the above styled and numbered cause. The deposition began at 9:10 a.m. and concluded at 5:35 p.m. At the deposition Matt Molak, pursuant to the duces tecum contained in the deposition notice, produced numerous documents.

b. On August 13, 1998 the Oral Deposition of Matt Molak was taken by Kaminetzky in the above styled and numbered cause. The deposition began at 1:32 p.m. and concluded at 2:44 p.m.

2.3 These depositions were taken in this Cause No. 97-40590.

c. On January 14, 1999, the Oral Deposition of Matt Molak was also taken in the Bankruptcy Court by Dov Avni Kaminetzky as Creditor of the original maker of the promissory note, Samantha Corporation in Cause No. 95-45547=H1-11 on January 14, 1999.

2.4 Kaminetzky again seeks to notice the deposition of Matt Molak concerning "lost rents with respect to a counter-claim filed by Dosohs". However, Dosohs has amended that counter-claim and has excluded damages for the lost rents previously claimed.

2.5 As a result of the above, Dosohs would show that there is no need to take the Oral Deposition of Dosohs I, Ltd., to do so would merely be for the purposes of harassment.

2.6 Dosohs therefore requests that the court grant a protective order for the reason that Kaminetzky has had ample opportunity and several occasions to depose Matt Molak and any further depositions would serve to harass Dosohs and cause unnecessary expenses.

2.7 Dosohs therefore requests that the court enter a protective order and quash the deposition notice for Matt Molak scheduled for March 27, 2000, and for such other and further relief to which Dosohs shows itself rightfully entitled.

2

WHEREFORE, PREMISES CONSIDERED, Dosohs requests a Protective Order be entered to prohibit the Deposition of Matt N. Molak and for such other and further relief to which Dosohs may be rightfully entitled.

Respectfully submitted,

MUNN & FLUME
One Oak Park, Suite 200
1020 N.E. Loop 410
San Antonio, Texas 78209
(210) 828-5641
(210) 821-6069 Facsimile

_____
MICHAEL FLUME
State Bar No. 0718848O

CELINDA BAEZ GUERRA
State Bar No. 01505000

ATTORNEYS FOR DOSOHS I, LTD.

## NOTICE OF HEARING

It is hereby ORDERED by the Court that a hearing be held on the foregoing Motion for Protective Order on the 30th day of March, 2000, at 8:00 a.m., in the 11th Judicial District, Harris County, Houston, Texas.

_____
HONORABLE MARK DAVIDSON

3

## CERTIFICATE OF SERVICE

I hereby certify on this _22nd_ day of March, 2000, a true and correct copy of the foregoing Motion for Protective Order has been delivered via facsimile and/or federal express to the following:

**VIA FACSIMILE NO. (713) 782-0909**
**AND/OR AIR BILL NO.800355028960**

Michael C. Whalen
2901 Wilcrest, Suite 155
Houston, Texas 77042

**VIA FACSIMILE NO. (713) 270-5505**
**AND/OR AIR BILL NO. 800355028970**

Dov Avni Kaminetzky
Pro Se
1609 South Kirkwood, #A
Houston, Texas 77077-3158

_____
CELINDA BAEZ GUERRA

4

Certified Document Number: 42777140 - Page 4 of 4



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   March 5, 2015

Certified Document Number:        42777140 Total Pages: 4

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

No. 97-40590

| | | |
|---|---|---|
| CHOICE CAR WASH, INC., | * | IN THE DISTRICT COURT |
| AND BUSINESS OWNERSHIP AND | * | |
| LIABILITIES TAKEOVER | * | |
| CORPORATION | * | |
| | * | |
| VS. | * | 11TH JUDICIAL DISTRICT |
| | * | |
| DOSOHS I, LTD. | * | HARRIS COUNTY, TEXAS |

F I L E D
CHARLES BACARISSE
District Clerk

3·24·00

MAR 2 4·2000

Harris County, Texas

By _____
Deputy

## ORDER GRANTING DOSOHS I, LTD.'S MOTION FOR PROTECTIVE ORDER ON THE NOTICE OF DEPOSITION OF MATT MOLAK

On this ___ day of March, 2000, came on to be heard Defendant's Motion for Protective Order on the Notice of Deposition of Matt Molak. The parties appeared by and through their attorneys of record and announced ready. The Court, after having reviewed the pleadings and arguments of counsel, finds that the Motion should be granted.

It is THEREFORE ORDERED, ADJUDGED AND DECREED that the Motion for Protective Order on the Deposition of Matt Molak is hereby granted; and

It is FURTHER ORDERED ADJUDGED AND DECREED that the Deposition of Matt Molak is hereby quashed.

Signed this ___ day of _____,2000.


_____
JUDGE PRESIDING

Certified Document Number: 42777138 - Page 1 of 1



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   March 5, 2015

Certified Document Number:        42777138 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**